**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **ISHMAEL K WHITAKER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Case No. 4:21-cv-00164-CDL-CHW** |
| | : | |
| **JAQUELINE WHITE,** | : | **Proceedings Under 42 U.S.C. § 1983** |
| | : | **Before the U.S. Magistrate Judge** |
| **Defendant.** | : | |
| | : | |

**ORDER**

Before the Court is Plaintiff Ishmael Whitaker's motion for transfer to another institution. (Doc. 52). This case was closed in December 2022 (Doc. 42), and a recommendation to deny Plaintiff's motion to reopen is pending. (Docs. 48, 49). In the present motion, Plaintiff asks the Court to have him transferred to another jail after an assault and related grievances were not investigated. This motion fails for two reasons. First, this case is closed, and Plaintiff has offered no basis to reopen it. Second, even if the case were still active, Plaintiff's requested relief is unavailable in a Section 1983 case. Plaintiff has no constitutional right to be transferred to another facility (*Meachum v. Fano,* 427 U.S. 215, 225 (1976)), and the Court holds no authority to direct county officials to do so. For these reasons, Plaintiff's motion to transfer to another institution (Doc. 52) is **DENIED**.

**SO ORDERED**, this 20th day of November, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1